IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| DOYLE ANTHONY NORWOOD, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CASE NO.: 1:21-CV-114 (LAG) (TQL) |
| | : |
| WARDEN ALLEN DILLS, | : |
| *et al.*, | : |
| | : |
| Defendants. | : |
| | : |

### ORDER

Before the Court is the Magistrate Judge's Order and Recommendation (O&R) dated July 8, 2021 (Doc. 10), in which the Magistrate Judge recommends overruling *pro se* Plaintiff Doyle Anthony Norwood's objection to the referral of this case, dismissing without prejudice Plaintiff's Complaint, denying Plaintiff's request for a continuance, and denying as moot Plaintiff's demand for a jury trial. (Doc. 10 at 1–2). For the reasons stated below, the O&R is **ADOPTED**.

### DISCUSSION

On June 14, 2021, Plaintiff filed a Complaint pursuant to 42 U.S.C. § 1983 against Defendants Warden Allen Dills, D. Brown, and Captain Roberts. (Doc. 1). That same day, Plaintiff filed a Motion for Leave to Proceed *in forma pauperis* (IFP). (Doc. 2). At all times relevant to the Complaint, Plaintiff was a detainee at Lee State Prison. (*See* Doc. 1). On July 2, 2021, Plaintiff filed a Motion for Jury Trial and Objection, in which Plaintiff moves to bring this case directly before the district judge. (Doc. 6 at 1). That same day, Plaintiff filed a Motion for Continuance. (Doc. 8 at 2). On July 8, 2021, the Magistrate Judge issued the present O&R in which he recommends overruling Plaintiff's objection to the referral of this case, dismissing without prejudice Plaintiff's Complaint, denying Plaintiff's request for a continuance, and denying as moot Plaintiff's demand for a jury trial. (Doc. 10 at 1–

2). On July 21, 2021, Plaintiff filed a Motion for Extension of Time, in which he sought a six-month extension to raise money for an attorney. (Doc. 12 at 1). On July 28, 2021, the Magistrate Judge found no basis for Plaintiff's extension and denied the motion. (Doc. 13 at 6). Plaintiff did not otherwise object to the O&R within the fourteen-day period provided by 28 U.S.C. § 636(b)(1). (*See* Docket). Absent Plaintiff's objection, the Court reviews the Magistrate Judge's O&R for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

## CONCLUSION

In light of the foregoing, and upon full review and consideration of the record, the Court finds that the O&R (Doc. 10) should be, and hereby is, **ACCEPTED**, **ADOPTED**, and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Plaintiff's Complaint is **DISMISSED without prejudice**, Plaintiff's objection to the referral of this case is **OVERRULED**, Plaintiff's request for a continuance is **DENIED**, and Plaintiff's demand for a jury trial is **DENIED as moot**.

**SO ORDERED**, this 5th day of August, 2021.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, JUDGE**
**UNITED STATES DISTRICT COURT**